IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:15-CR-56 |
| v. | ) | |
| | ) | |
| MAYRA EDITH BLAIR, | ) | (VARLAN / SHIRLEY) |
| FRANCISCO JAVIER CASTRO-REYES, and | ) | |
| LUCERO BELTRAN-CHIMAL, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on two motions [Docs. 136 & 137] to continue the January 22, 2016 motion deadline. Defendants Castro-Reyes and Beltran-Chimal ask [Doc. 136] the Court to extend the motion deadline[1] fifteen days to give additional time for counsel to complete a review of the voluminous discovery and to determine if motions are necessary. Defendant Mayra Blair also seeks [Doc. 137] to continue the motion deadline for

---

[1] Although Defendants Castro-Reyes' and Beltran's motion is styled as a Motion . . . for Enlargement of Time to File Motions and to Continue the Trial and Deadlines, the body of the motion seeks to extend only the motion deadline and those deadlines related to pretrial motions.

1

an unspecified time to give defense counsel time to review discovery and to prepare pretrial motions. Neither motion states whether the Government objects to the requested extension.[2]

Although the Government has not had time to respond to the motions, the Court finds that the Government would not be prejudiced by a brief extension of the motion deadline and that such an extension would not affect the motion hearing on February 22, 2016, at 9:30 a.m., or the July 19, 2016 trial date. However, the Court declines to extend the motion deadline a full fifteen days, because such an extension would not permit the Court to receive responses to motions before the day of the motion hearing. Accordingly, the Defendants' requests [**Docs. 136 & 137**] to extend the motion deadline are **GRANTED in part**, in that the deadline for Defendants Blair, Castro-Reyes, and Beltran-Chimal to file pretrial motions is extended to **February 4, 2016**. The Government's deadline for responding to pretrial motions filed by these Defendants is extended to **February 18, 2016**. All other dates and deadlines in this case, including the motion hearing scheduled for February 22, shall remain the same at this time. Counsel for any Defendants who wish to attend the motion hearing must file a motion to permit their client to attend by **February 15, 2016**.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge

---

[2] Defendants are referred to the Court's Order on Discovery and Scheduling [Doc. 23], which directs that a "party seeking an extension of the deadline for filing a pretrial motion or response shall file a motion for an extension before the expiration of the deadline in question and shall state in that motion the proposed date for the new deadline and whether the opposing party objects or does not object to the requested extension." Providing the opposing party's position in the motion permits the Court to act quickly on requests for extensions of time.

2